**STATE of Missouri, Appellant,**

v.

**Robert Eugene BROWNE, Respondent.**

**No. ED 102359**

Missouri Court of Appeals,
Eastern District,
**Division One.**

Filed: July 31, 2015

Carl D. Kinsky, 55 South Third Street, Room 7, Ste. Genevieve, MO 63670, for appellant.

Malcolm H. Montgomery, 118 Themis, Cape Girardeau, MO 63701, for respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J., and Lisa Van Amburg, J.

### ORDER

PER CURIAM

The State of Missouri brings this interlocutory appeal after the trial court sustained defendant Robert Eugene Browne's motion to suppress items seized during a search of his home. No jurisprudential purpose would be served by a written opinion. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm. Rule 30.25(b).